# ROBERT MARINELLI
### ATTORNEY AT LAW
### 305 BROADWAY, SUITE 1001
### NEW YORK, NEW YORK 10007
### (212) 822-1427
### Facsimile (212) 202-9646

August 2, 2016

**BY ECF**
Honorable Vera M. Scanlon
United States Magistrate Judge
Eastern District of New York
225 Cadman Plaza East
Brooklyn, New York 11201

    Re:    *Chapple et al. v. City of New York, et al.*, 15 CV 4732 (LDH)(VMS)

Your Honor:

    I represent Plaintiff. I write, jointly with defense counsel, to request until September 8, 2016 to complete discovery.

    To date the parties have completed paper discovery and the depositions of the plaintiff and one of the two defendants. The deposition of the second defendant was scheduled for today, but due to scheduling mix-ups, was re-scheduled for August 9.

    This extension is required because the parties have recently learned that an additional officer may have been directly involved in Plaintiff's arrest. Plaintiff will seek to file an amended complaint, serve this officer and take associated discovery.

    Accordingly, the parties respectfully request that discovery be extended until September 8.

                                                          Respectfully submitted,

                                                          /s

                                                          Robert Marinelli