UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------------x

RASHAUN CHAPPLE,

                              Plaintiff,

        -against-

P.O. BAEZ, et al.,

                              Defendants.

**NOTICE OF MOTION**

15 CV 4732 (LDH) (VMS)

-------------------------------------------------------------------------------x

        **PLEASE TAKE NOTICE** that, upon the accompanying Memorandum of Law, dated October 30, 2017, and upon all prior pleadings and proceedings had herein, defendants Jonathan Baez, Mobeen Yasin, and Daniel White will move this Court, before the Honorable LaShann DeArcy Hall, United States District Judge at the United States Courthouse for the Eastern District of New York, located at 225 Cadman Plaza East, Brooklyn, New York, 11201, *in limine* for the relief sought in the annexed memorandum of law.

- 2 -

**PLEASE TAKE FURTHER NOTICE** that, pursuant to the Court's June 13, 2017 Order, plaintiff's response, if any, is due on November 6, 2017.

Dated: New York, New York
       October 30, 2017

        ZACHARY W. CARTER
        Corporation Counsel of the
          City of New York
        *Attorney for Defendants*
        100 Church Street
        New York, New York 10007
        (212) 356-2414
        ssiskind@law.nyc.gov

        By: /s/
        Shira Siskind
        Assistant Corporation Counsel

TO:   VIA ECF
       Robert Marinelli, Esq.
       *Attorney for Plaintiff*